**Minnie Jamison, Plaintiff-Appellant, v. Columbus & Chicago Motor Freight, Inc., a Corporation, and Ernest Davis, Defendants-Appellees.**

Gen. No. 48,757.

First District, First Division.

May 27, 1963.

Rehearing denied July 8, 1963.

Gomberg, Missner & Lacob, of Chicago (Sidney D. Missner, of counsel), for appellant; Jules S. Gershon, of Chicago, for appellees. Opinion by JUSTICE ENGLISH. Not to be published in full.